UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-20343-CIV-HUCK

EMILIO PINERO,

      Plaintiff,

v.

CORP. COURTS AT MIAMI
LAKES, INC.,

      Defendant.

_____/

DEFENDANT'S MOTION FOR SETTLEMENT
CONFERENCE AND INCORPORATED MEMORANDUM OF LAW

      Defendant, Corp. Courts at Miami Lakes, Inc., moves the Court to refer this action to Magistrate Palermo to conduct a Settlement Conference and states:

      1.     Plaintiff filed this action alleging the existence of ADA violations on Defendant's property. Prior to filing the lawsuit Plaintiff never notified the Defendant of any alleged deficiencies on its property.

      2.     Defendant is now and has always been willing to sit down with the Plaintiff to work out an amicable settlement, which would include making agreed upon reasonable modifications to Defendant's premises.

      3.     Fed.R.Civ.P. 16(a)(5) authorizes the Court to hold a settlement conference in this matter to facilitate the settlement of the case.

      4.     Settlement conferences are valuable tolls for district courts as they provide neutral forums to foster settlement, which in turn, ease crowded court dockets and result in savings to

the litigants and the judicial system. In re Novak, 932 F.2d 1397, 1404 (11th Cir. 1991); Switzer v. Much, 214 F.R.D. 682 (W.D. Ok. 2003).

5. A short settlement conference before Magistrate Palermo could potentially bring about a settlement of this action and thereby conserve judicial resources.

6. Prior to filing this motion counsel for the parties conferred in a good faith effort to resolve the issues raised in this motion and have been unable to do so.

Wherefore, Defendant moves the Court to refer this matter to Magistrate Palermo to hold a Settlement Conference.

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Lauren Wassenberg, Esq., 429 Lenox Avenue, Miami Beach, Florida 33139 via transmission of Notices of Electronic Filing generated by CM/ECF.

By: Mark Goldstein, Esq.
Fla. Bar No: 882186
Email: mgoldstein@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
Bank of America Tower International Place
100 S.E. Second Street, Suite 3300
Miami, Florida 33131
Tel: 305-381-7115 /   Fax: 305-381-7116